NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

———————————————————
                                    :
DANIEL DIENA,                       :
                                    :
            Plaintiff,              :
                                    :        Civil Action No. 13-5902 (JAP)
      -v-                           :
                                    :        **ORDER ADOPTING THE REPORT**
MCS CLAIM SERVICES, INC.,           :         **AND RECOMMENDATION OF THE**
                                    :        **MAGISTRATE JUDGE AND**
                                             **JUDGMENT**
            Defendant.              :
———————————————————:

This matter having come before the Court on the Report and Recommendation of the Honorable Tonianne J. Bongiovanni, United States Magistrate Judge, filed on October 2, 2014 [ECF No. 6] with regard to the motion for default judgment [ECF No. 5] filed by Defendant, MCS Claim Services, Inc. ("Defendant"); and the Court having received no objections pursuant to L. Civ. R. 72.1(c)(2), and having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown,

**IT IS ON** this 20th day of October, 2014,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni filed on October 2, 2014 [ECF No. 6], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; accordingly it is further

**ORDERED** that Defendant's Motion for Default Judgment [ECF No. 5] is **GRANTED** as set forth in the Report and Recommendation; and it is finally

**ORDERED** that judgment shall be entered in favor of Plaintiff as set forth in the Report and Recommendation.

/s/ JOEL A. PISANO
United States District Judge